In the Matter of FRANK D'ELIA, Appellant, against LEWIS J. VALENTINE, as Police Commissioner of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ELEANOR GALISON, Respondent, v. SAMUEL GALISON, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MESKIN BROS. FUR CORPORATION, Appellant, v. UNITED STATES LIFE INSURANCE COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

BETO MANAGEMENT CORPORATION, Appellant, v. WILLIAM W. SWAYNE, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

GEORGE B. LORIMER, Appellant, v. NEWS SYNDICATE CO., INC., Respondent. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of WICKWIRE SPENCER STEEL COMPANY, Judgment Creditor, Respondent, v. KEMKIT SCIENTIFIC CORPORATION, Judgment Debtor. GEORGE F. PICKEN, as Trustee in Bankruptcy of Judgment Debtor, Appellant.— 

Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Townley and Dore, JJ., dissent and vote to affirm the determination of the Appellate Term. [See *post,* p. 948.]

In the Matter of JAMES COLEMAN et al., Appellants, against JOHN H. DELANEY et al., Constiuting the Board of Transportation of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and grant the relief prayed for in the petition.

KARL LOEVENICH, Appellant, v. IVAN PODGOURSKY, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROSE KEPECS, Appellant, v. WILLIAM J. DOWD et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

HOME OWNERS' LOAN CORPORATION, Respondent, v. JOSEPH PRESTI et al., Defendants. DAVID E. FRANKENSTEIN, as Receiver, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

UNION MUTUAL LIFE INSURANCE COMPANY, Respondent, v. IRVING FRIEDMAN, Appellant (Supreme Court, New York County). IRVING FRIEDMAN, Plaintiff, v. UNION MUTUAL LIFE INSURANCE COMPANY, Defendant (Municipal Court of